U.S.M.J. STEVEN M. GOLD 5/8/2019

## CRIMINAL CAUSE FOR PLEADING

USA -v- **Kaganovich et al** Docket No.: **17**-CR-**649 (MKB)**

Defendant: **Ramazi Mitaishvili**

☒ present  ☐ not present ☐ custody  ☒ bail

Def. Counsel: **Harlan J. Protass and Joshua D Kirshner**

☒ present  ☐ not present ☐ CJA  ☒ FD  ☐ Retained

AUSA: **Sarah Wilson Rocha** Clerk/Deputy: **Saudia Gillespie**

Interpreter: **Sergy Shestakov** Language: **Russian**

FTR: ( **12:07** - **1:01** ) Reporter: _____

- ☒ Case Called
- ☐ Defendant's First Appearance
- ☒ Defendant:  ☒ Sworn  ☐ Arraigned  ☐ Informed of Rights
- ☐ Waiver of Indictment Executed for Defendant
- ☐ Superseding Indictment/Information Filed
- ☐ Bench Warrant Issued: _____
- ☐ Defendant Enters Guilty/Not Guilty Plea to Count(s) _____
    of the (Superseding) Indictment/Information
- ☒ Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to Count(s) **1 and 12**
    of the (Superseding) Indictment/Information
- ☐ Court Finds Factual Basis for the Plea
- ☐ Sentencing Set for _____/_____/_____ at _____
- ☐ Sentencing to be Set by Probation
- ☒ Bail/Bond:  ☐ Set  ☒ Continued for Defendant  ☐ Continued in Custody
- ☐ Case Adjourned to ___/___/___ at _____
- ☒ Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.
- ☐ Transcript Ordered
- ☐ Other: _____